UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Tomasa Romero Solis, Heriberto Gonzalez Najera, Anareli Mendiola Romero, Edgar Mendiola Romero, and Juan Carlos Mendiola Romero, | ) ) ) ) ) | C/A No.: 9:18-CV-0083-MBS |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| L. Frank Cissna, Director, United States Citizenship and Immigration Services, | ) ) ) | |
| Defendant. | ) ) ) | |

ORDER

This case is before the Court on the parties' joint request for a briefing schedule. Given the nature of the case and the agreement of the parties, the Court enters the following schedule:

- On or by *November 2, 2018*, the Defendant shall produce the Certified Administrative Record and a declaration to counsel for the Plaintiffs;

- On or by *December 7, 2018*, the Plaintiffs shall file their motion for summary judgment, an unopposed motion for a protective order, and an unopposed motion to file the record under seal;

- On or by *January 7, 2019*, the Defendant shall file its response to Plaintiffs' motion for summary judgment and its cross-motion for summary judgment;

- On or by *January 21, 2019*, the Plaintiffs shall file their reply in support of their motion for summary judgment and their response to Defendant's motion for summary judgment; and

- On or by *February 4, 2019*, the Defendant shall file its reply in support of its motion for summary judgment.

Nothing in this briefing schedule precludes Plaintiffs from moving to complete or supplement the record should they deem such motion necessary.

IT IS SO ORDERED.

October 10, 2018                                    /s/Margaret B. Seymour
                                                   Margaret B. Seymour
                                                   Senior United States District Judge