UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Tomasa Romero Solis, Heriberto Gonzalez Najera, Anareli Mendiola Romero, Edgar Mendiola Romero, and Juan Carlos Mendiola Romero,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>L. Frank Cissna, Director, United States Citizenship and Immigration Services,<br><br>　　　　　　　　　　Defendant. | C/A No.: 9:18-CV-0083-MBS<br>(consolidated with 2:18-cv-69-MBS, 2:18-cv-71-MBS, 2:18-cv-73-MBS, 2:18-cv-74-MBS, 2:18-cv-76-MBS, 2:18-cv-77-MBS, 9:18-cv-82-MBS, and 9:18-cv-93-MBS) |

## ORDER

This case is before the Court on the parties' joint motion for an amended scheduling order. The Court lifts the stay and enters the following schedule:

- By February 22, 2019, Defendant shall file its response to Plaintiffs' motion for summary judgment, and shall file its cross-motion for summary judgment;

- By March 8, 2019, Plaintiffs shall file their reply in support of their motion for summary judgment, and shall file their response to Defendant's motion for summary judgment;

- By March 22, 2019, Defendant shall file its reply in support of its motion for summary judgment.

1

**IT IS SO ORDERED**.

January 29, 2018                                                s/Margaret B. Seymour
Charleston, South Carolina                             Margaret B. Seymour
                                                                       Senior United States District Judge

2