IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Tomasa Romero Solis, | ) | C/A No. 9:18-cv-00083-MBS |
| Heriberto Gonzalez Najera, | ) | |
| Anareli Mendiola Romero, | ) | |
| Edgar Mendiola Romero, and | ) | |
| Uan Carlos Mendiola Romero, | ) | **O R D E R** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| L. Frank Cissna, Director, United States | ) | |
| Citizenship and Immigration Services, | ) | |
| and United States Citizenship and | ) | |
| Immigration Services, | ) | |
| | ) | |
| Defendant. | ) | |

The court having been advised that the parties are in ongoing discussions to work together to timely resolve any requests for additional evidence related to the Plaintiffs with respect to pending waiting list determinations; having been further advised that, depending on the outcome of these discussions, Plaintiffs may seek additional remedies; and, having been further advised that the parties will provide a joint status report to the court on or before August 16, 2019, ECF No. 86,

**IT IS ORDERED** that the action is reopened for a period of sixty (60) days to allow the parties to seek redress from the court regarding any issues that arise with respect to the court's order on the parties' cross motions for summary judgment. The parties may move to keep the case open, if necessary, prior to the expiration of the sixty (60) days.

**IT IS SO ORDERED.**

s/Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Charleston, South Carolina
July 23, 2019